# IN THE SUPREME COURT OF THE STATE OF NEVADA

REDROCK PARK HOMEOWNERS ASSOCIATION,
                              Appellant,
                    vs.
BANK OF AMERICA, N.A.,
                              Respondent.

No. 74489

FILED

OCT 0 5 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a motion for summary judgment in a judicial foreclosure action. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Our review of the docketing statement and documents before this court indicated that the order challenged on appeal was not appealable as a final judgment under NRAP 3A(b)(1) because claims remained pending in the district court. Accordingly, we ordered appellant to show cause, by June 29, 2018, why this appeal should not be dismissed for lack of jurisdiction. Appellant failed to respond to our order. On August 20, 2018, we entered an order directing appellant to file a response to our order by September 10, 2018. We cautioned that failure to comply could result in the dismissal of this appeal as abandoned.

18-39116

To date, appellant has failed to respond to our order to show cause or otherwise communicate with this court. Accordingly, it appears that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____ , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

cc:    Hon. Richard Scotti, District Judge
       John Walter Boyer, Settlement Judge
       Brauer, Driscoll, Sun and Associates LLC
       Akerman LLP/Las Vegas
       Eighth District Court Clerk